## Commonwealth *v.* Detter, Appellant.

Submitted June 9, 1969. *Murray B. Frazee, Jr.,* Public Defender, for appellant; *Oscar F. Spicer,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Dries, Appellant.

Submitted June 11, 1969. *Richard M. Lovenwirth,* Assistant Public Defender, for appellant; *Richard A. Devlin* and *Stewart J. Greenleaf,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.